UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TELA MARIE SABOL,

Plaintiff,

v.

CITY OF DETROIT, *et al.*,

Defendants.

Case No. 25-cv-13405
Honorable Denise Page Hood
Magistrate Judge Elizabeth A. Stafford

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL (ECF NO. 92)

Plaintiff Tela Marie Sabol moves to compel defendants' response to her requests for production.  ECF No. 92.  The Honorable Denise Page Hood referred the motion to the undersigned for hearing and determination under 28 U.S.C. § 636(b)(1)(A).  ECF No. 93.  After the motion was filed, defendants responded to the discovery requests and produced over 4,000 pages of documents.  ECF No. 95, PageID.795.   Because defendants have responded to the requests for production, Sabol's motion to compel is **DENIED** as moot.  Before filing any more discovery motions, the moving party must seek concurrence from and confer with opposing counsel.  E.D. Mich. LR 7.1(a) & 37.1.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: June 25, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 25, 2026.

s/Marlena Williams
MARLENA WILLIAMS
Case Manager